IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DENNIS SHREVE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil No. **04-139-MJR**<br>**AMERICAN COMMERCIAL** )<br>**BARGE LINE LLC**, )<br>)<br>Defendant. )<br>) | |

### ORDER

**PROUD, Magistrate Judge**:

Before the Court is plaintiff's Motion to Compel.  **(Doc. 41)**.

Defendant has filed a response representing that it has produced the requested documents.  **See, Doc. 42.**

Plaintiff's Motion to Compel **(Doc. 41)** is **DENIED as moot**.

**IT IS SO ORDERED.**

**DATE:  May 9, 2005.**

                                                **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **U.S. MAGISTRATE JUDGE**